■ SECCO ELECTRIC CORPORATION, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK (PUBLIC SCHOOL NOS. 44, 102, 106), Respondent. — Order, Supreme Court, New York County (Wallach, J.), entered on January 13, 1981 which granted defendant's motion to the extent of staying further prosecution of the action until such time as plaintiff furnishes all items required to complete the Comptroller's examination, unanimously affirmed, without costs and without disbursements. The parties are directed to settle an order providing a date for compliance with the order as so affirmed. Settle order. Concur — Kupferman, J. P., Ross, Lupiano, Bloom and Asch, JJ.

■ In the Matter of EZEY COMPANY v SHELLEY J. SHERMAN, as Deputy Commissioner of the New York City Department of Consumer Affairs, et al. (And Two Other Proceedings.) — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Murphy, P. J., Sandler, Lupiano, Bloom and Milonas, JJ.

■ MACMILLAN, INC. v CADILLAC FAIRVIEW CORPORATION LTD. et al. — Motion, insofar as it seeks reargument, denied, and, insofar as it seeks leave to appeal to the Court of Appeals, granted, and this court, pursuant to CPLR 5713, certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Carro, J. P., Silverman, Bloom, Fein and Milonas, JJ.